UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR06-5267FDB |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| GEORGE WILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial date. Defendant George Williams, Jr. indicated his knowing, voluntary, and intelligent waiver of his right to a speedy trial by executing a written waiver of his right to a speedy trial through October 31, 2006.

In view of the parties' agreement to continue the trial date, for the reasons stated in their stipulation, the defendant's knowing, voluntary, and intelligent waiver of his right to a speedy trial, the parties' desire to engage in plea discussions, the seriousness of the accusations, and the interest of the public in ensuring that he has adequate and effective representation by counsel, this Court finds that the ends of justice served by granting a continuance outweighs the best interest of the public and the defendant in a speedy trial.

//

ORDER - 1

IT IS THEREFORE ORDERED that the parties' motion for a continuance is GRANTED. Trial is rescheduled for October 16, 2006.

IT IS FURTHER ORDERED the period of time from the current trial date of July 3, 2006, up to and including the new trial date of October 16, 2006, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A)

IT IS FURTHER ORDERED that the time within which pretrial motions must be filed in this case is extended from June 2, 2006, to August 15, 2006.

Dated this 28th day of June 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
ANTHONY SAVAGE, WSBA No. 2208
Attorney for Defendant George Williams, Jr.
615 Second Avenue, Suite 340
Seattle, Washington 98104-2200
Telephone:    (206) 682-1882
Facsimile:    (206) 682-1885
E-mail:       loophole@integraonline.com

_____
DAVID R JENNINGS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, #700
Tacoma, WA 98402
Telephone: (253) 428-3817
Facsimile:  (253) 428-3826
David.R.Jennings@usdoj.gov

ORDER - 2