Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO.   CR06-5267FDB |
| ) | |
| v. ) | ORDER CONTINUING |
| ) | TRIAL DATE |
| GEORGE WILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER comes before the Court pursuant to the stipulation of the parties to continue the current trial date of October 16, 2006.

The defendant has indicated a willingness to cooperate not only with the government of the Untied States, but also the State government in providing information that would be of value to both governments.  Additional time will be needed to evaluate the information the defendant provides.  There is insufficient time between now and the set trial date to accomplish this.  It is contemplated, with the continuing cooperation of the defendant, that more than one meeting with him may be necessary.  Assuming the continued cooperation with the defendant and with the State and local authorities the sentence to be imposed on the defendant in this matter maybe seriously affected.

ORDER CONTINUING TRIAL DATE - 1

Having considered the entirety of the record, the files herein, and the representations of the parties as set forth in their stipulation, this Court finds that the ends of justice are best served in obtaining the cooperation of the defendant and outweigh the interests of the public and the defendant in a speedy trial.

IT IS NOW, THEREFORE, ORDERED that the trial date be continued from October 16, 2006 to January 22, 2007. The period of delay resulting from this continuance of the trial date from October 16, 2006, up to and including the new trial date of January 22, 2007 is hereby excluded under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A).

IT IS FURTHER ORDERED that the defendant shall file a waiver of his speedy trial rights no later than October 5, 2006 to accommodate the requested continuance.

DATED this 5th day of October 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Anthony Savage, WSBA #2208
Attorney for Defendant
615 Second Avenue, Suite 340
Seattle, Washington 98104-2200
(206) 682-1882, fax (206) 682-1885
Email: loophole@integraonline.com

ORDER CONTINUING TRIAL DATE - 2