UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR06-5267FDB |
| Plaintiff, | ) | CR06-5268FDB |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | SENTENCINGS |
| GEORGE WILLIAMS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the defendant and without opposition from the Office of the United

States Attorney, it is hereby ORDERED that the sentencings in the above-entitled matter be

and are hereby continued to 10:30 a.m. Friday, June 29, 2007.

Signed this  17th day of April 2007.

___/s/ Franklin D Burgess_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
ANTHONY SAVAGE, WSBA No. 2208
Attorney for Defendant George Williams, Jr.
615 Second Avenue, Suite 340
Seattle, Washington 98104-2200
Telephone:     (206) 682-1882
Facsimile:     (206) 682-1885
E-mail:        loophole@integraonline.com

ORDER CONTINUING SENTENCINGS - 1